UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

       Case No. 17-cr-20092
       Hon. Matthew F. Leitman

TERRANCE LLOYD-WEBB,

       Defendant.
_____/

## ORDER (1) GRANTING DEFENDANT'S MOTION TO SUPPLEMENT (ECF No. 36) AND (2) DIRECTING DEFENDANT TO FILE ADDITIONAL SUPPLEMENTAL BRIEF

Defendant Terrance Lloyd-Webb is federal prisoner who is currently incarcerated at FCI Terre Haute in Terre Haute, Indiana. On July 3, 2017, Lloyd-Webb pleaded guilty in this Court to one count of possession with intent to distribute heroin and fentanyl in violation of 21 U.S.C. § 841(a) and one count of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g). (*See* Rule 11 Plea Agmt., ECF No. 20.) The Court subsequently sentenced Lloyd-Webb to 85 months imprisonment. (*See* Judgment, ECF No. 31.)

On August 24, 2020, Lloyd-Webb filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Mot., ECF No. 33.) The Court thereafter directed Lloyd-Webb to file a supplement that (1) informed the Court whether he had submitted a written request for compassionate release to the warden at FCI Terra

1

Haute and (2) provided additional reasons why Lloyd-Webb believed that he qualified for compassionate release. (*See* Order, ECF No. 35.)

On November 16, 2020, Lloyd-Webb filed his supplement in the form a motion that he titled a "motion to supplement." (*See* Mot., ECF No. 36.) In the motion, Lloyd-Webb asks for compassionate release because his mother recently suffered a heart attack, is on life support, and is "brain dead." (*Id.*, PageID.145.) But Lloyd-Webb has still not informed the Court whether he has taken the required step of asking the warden at FCI Terra Haute for compassionate release. Nor has Lloyd-Webb provided any other basis for relief apart from his mother's illness.

Accordingly, the Court **GRANTS** Lloyd-Webb's motion to supplement, but it also **DIRECTS** him to file an additional supplement that informs the Court (1) whether he has submitted a written request for compassionate release to the warden at FCI Terra Haute[1] and (2) whether there are any additional bases on which Lloyd-Webb seeks compassionate release. Lloyd-Webb shall file this supplement by no later than **February 1, 2021**.

    **IT IS SO ORDERED**.

Dated: November 23, 2020

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

---

[1] If Lloyd-Webb has submitted a written request for compassionate release to the warden at FCI Terra Haute, he shall also inform the Court of the date on which he submitted the request, whether the warden responded to the request, and the date of the warden's response (if any).

2

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 23, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761
