UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 17-cr-20092
Hon. Matthew F. Leitman

v.

TERRANCE LLOYD-WEBB,

    Defendant.

_____/

### ORDER (1) DENYING DEFENDANT'S MOTIONS FOR COMPASSIONATE RELEASE (ECF Nos. 38, 43) AND (2) GRANTING DEFENDANT'S MOTION TO SUPPLEMENT (ECF No. 41)

On November 6, 2020, and January 19, 2021, Defendant Terrance Lloyd-Webb filed motions for compassionate release. (*See* Mots., ECF Nos. 38, 43.) Lloyd-Webb has also sought permission to file a supplement to his supplemental brief. (*See* Mot., ECF No. 41.)

The Court held a video hearing on Lloyd-Webb's motions on February 17, 2021. (*See* Notice of Hearing, ECF No. 47.) For the reasons explained on the record during the hearing, Lloyd-Webb's motion to supplement (ECF No. 41) is **GRANTED** and his motions for compassionate release (ECF Nos. 38, 43) are **DENIED**.

    **IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: February 18, 2021

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 18, 2021, by electronic means and/or ordinary mail.

s/ Holly A. Monda  
Case Manager  
(810) 341-9764
